IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | |
| DEREK WILLIS | NO. 12-642-02 |

### O R D E R

**AND NOW**, this 2nd day of July, 2015, upon consideration of Defendant's Motion for Miscellaneous Relief (Document No. 105, filed July 2, 2015), it appearing from the Motion that defendant seeks to be admitted into the Residential Drug and Alcohol Program (RDAP), the Court having sentenced defendant to, *inter alia*, a term of imprisonment of thirty-six months by Judgment dated April 20, 2015 (Document No. 89) and the Court noting that the defendant has been designated to FCI Leavenworth, and that his self-surrender date is April 4, 2016, there being no objection, and good cause appearing, **IT IS ORDERED** that Defendant's Motion for Miscellaneous Relief is **GRANTED IN PART** and **DENIED IN PART**. The Court **RECOMMENDS** to the Bureau of Prisons that, if eligible, defendant, Derek Willis, be admitted into the Residential Drug and Alcohol Program at FCI Leavenworth. The Motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that copies of this Order shall be served on all counsel, FCI Leavenworth, and on the United States Bureau of Prisons.

**IT IS FURTHER ORDERED** that, excepting only as noted above, the Judgment dated April 20, 2015, **CONTINUES IN EFFECT**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.